**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN HARRIS, | No. 2:20-CV-1031-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's request for immediate transfer (ECF No. 10). Plaintiff requests that his action be transferred to the bench of a specific District Judge, Hon. Jon S. Tigar, who is a District Judge for the United States District Court for the Northern District of California. See ECF No. 10. Pursuant to the Local Rules for the Eastern District of California, "[a]ll civil and criminal actions and proceedings of every nature and kind cognizable in the United States District Court for the Eastern District of California arising in . . . Solano [County] . . . shall be commenced in the United States District Court sitting in Sacramento, California, and in Redding, California." Local Rule 120(d). Plaintiff's action stems from claims arising during his incarceration at the California Medical Facility in Vacaville, California, which is located within

/ / /

/ / /

1

1  Solano County. <u>See</u> ECF No. 1. Therefore, venue for this action is proper and plaintiff's request
2  for immediate transfer (ECF No. 10) is denied.
3          IT IS SO ORDERED.

5  Dated:  August 3, 2020

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE