**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN HARRIS, | No. 2:20-CV-1031-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 13, for an extension of time to file a first amended complaint. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: August 12, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1