IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No. 2:20-cv-01031-TLN-DMC<br><br>**ORDER** |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On October 21, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 17.)  Timely objections to the findings and recommendations have been filed.  (ECF No. 18.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 21, 2021, are adopted in full;

2. This action is dismissed without prejudice for lack of prosecution and failure to comply with Court rules and orders;

3. The pending motion (ECF No. 15) is denied as moot; and

4. The Clerk of the Court is directed to enter judgment and close this file.

**DATED: January 10, 2022**

_____
Troy L. Nunley
United States District Judge